# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARY GREGORY** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NUMBER** |
| ) | **5:09-cv-1785 RRA** |
| **ALTERNATIVE RECOVERY,** ) | |
| **MANAGEMENT** ) | |
| ) | |
| **DEFENDANT.** ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

as

Comes now the Plaintiff in the above-referenced matter and files Plaintiff's Request for Voluntary Dismissal Without Prejudice and notifies the Clerk of the Court that she hereby withdraws and dismisses the above-styled matter with costs taxed as paid.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests a dismissal, with prejudice, of the above-styled case.

> Respectfully submitted,
>
> /s/ Leah M. Fuller
> Leah M. Fuller
> Attorney for Plaintiff

**OF COUNSEL:**
Fuller Law Firm, LLC
P.O. Box 101883
Birmingham, AL 35210
Tel. (205) 834-8913
Fax (205) 834-8924
lfuller@fullerfirm.com